RUBIN FISH, Appellant, v. JACOB WOLFSON, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and MARTIN, JJ.

JACQUES POLLATSCHEK, Appellant, v. HYKAUF REALTY CORPORATION and Another, Respondents.— Determination of the Appellate Term, in so far as it affirmed the order of the City Court restoring the action to the calendar for trial as to defendant Clara Kaufman is affirmed. In so far as it affirmed the judgment of the City Court by which the complaint was dismissed as to the defendant Hykauf Realty Corporation, the determination of the Appellate Term and the judgment of the City Court are reversed, and a new trial ordered as to both defendants, with costs in all courts to the appellant to abide the event. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MOSCOW MACHINE TOOL AND ENGINE COMPANY, Respondent, v. OSCAR L. RICHARD and Others, Copartners, etc., Appellants.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES L. FULLER, Respondent, v. FREDERICK STARR, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES L. FULLER, Respondent, v. FREDERICK STARR, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MAX RAPPAPORT, Respondent, v. SAMUEL WINTERS, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TILLIE CASEY and Another, Appellants, v. ARTHUR R. HARFT, Respondent.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MOSES KIRITZ, Relator, v. JOHN T. FEATHERSTON, as Commissioner of the Department of Street Cleaning of the City of New York, Respondent.— Writ dismissed and proceedings confirmed, with fifty dollars costs and disbursements to the respondent. No opinion. Present Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES SHEWAN & SONS, INC., Appellant, v. WILLIAM WIRT MILLS, as Commissioner, etc., and Others, Respondents.— Motion granted. Present — Clarke, P. J., Dowling, Finch and Burr, JJ.

45 EAST 57th ST. CO., INC., Respondent, v. HERBERT G. MILLAR, Appellant, Impleaded, etc.— Application granted. Order signed. Present — Clarke, P. J., Dowling, Finch and Burr, JJ.

MORDECAI BENGUIAT and Others v. THE GOTHAM NATIONAL BANK OF NEW YORK.— Motion to strike record from the files denied, with ten dollars costs, and stay vacated, motion to amend record granted, and appeal set down for argument for March 6, 1925. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

THOMAS MINK v. WILLIAM J. POWERS and Others.— Motion to dismiss appeal denied. The appeal may be noticed for argument by either party for next motion day. (See Rules III, IV, App. Div. 1st Dept.) Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.